# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2016

Robert P. Young, Jr.,
Chief Justice

153831(55)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TRACEY SAHOURI,
     Plaintiff-Appellee,

v

HARTLAND CONSOLIDATED SCHOOLS,
JANET SIFFERMAN, and SCOTT VAN EPPS,
     Defendants-Appellants.

_____/

SC: 153831
COA: 321349, 321399
Genesee CC: 12-097958-CZ

On order of the Chief Justice, the motion of the Michigan Association of School Boards to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on July 19, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016

